# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE KPN N.V., <br><br> Plaintiff, <br><br> v. <br><br> GEMALTO IOT LLC, GEMALTO M2M GMBH, and GEMALTO INC., <br><br> Defendants. | C.A. No. 17-cv-86-LPS <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiff Koninklijke KPN N.V. and Defendants Gemalto IOT LLC, Gemalto M2M GMBH, and Gemalto Inc. have finalized an agreement to resolve the present dispute. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties jointly request that the Court dismiss with prejudice any and all pending claims, counterclaims, and defenses in this action, with each side to bear its own costs, expenses, and fees, including attorneys' fees.

| | |
|---|---|
| Dated: January 30, 2020 | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market St., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff* | /s/ David E. Moore <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendant* |

2

SO ORDERED this _____ day of _____, 2020

                                                                                                        _____
                                                                                                        The Honorable Chief Judge Leonard P. Stark

2

SO ORDERED this _____ day of _____, 2020

                                              _____
The Honorable Chief Judge Leonard P. Stark